FILED
November 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
       Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:24-CR-02663-DB |
| Plaintiff, | § | **I N D I C T M E N T** |
| v. | § § | CT 1: 8 U.S.C. § 1326(a) – Illegal Re-Entry |
| ALVARO JUSTO-GARCIA, | § § | |
| Defendant. | § § § | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 29, 2024, in the Western District of Texas, Defendant,

**ALVARO JUSTO-GARCIA,**
a.k.a.: Alvaro Justo-Presidiano, Justo Garcia-Alvaro,

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

███████████████████████████
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _/s/ José Luis Gonzál__
Assistant U.S. Attorney